**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEROB KOCHARYAN,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

No. 5:26-CV-04940-MWF-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is granted as to Petitioner's due process claim;
3. The Petition is denied as moot as to the remaining claims;
4. Petitioner Serob Kocharyan (A# 221-073-071), shall be immediately released; and

///

5. Respondents shall file a status report within two court days of this Order confirming their compliance with the Court's order.

Judgment shall be entered consistent with this Order once such confirmation is received. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: September 9, 2026

MICHAEL W. FITZGERALD
United States District Judge