JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEROB KOCHARYAN,
Petitioner,
v.
WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

No. 5:26-CV-04940-MWF-BFM

**JUDGMENT**

On September 9, 2026, the Court issued an order granting the petition and ordered Petitioner Serob Kocharyan (A# 221-073-071) immediately released on the conditions previously imposed. (ECF 11 at 10; ECF 13.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 14.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 14, 2026

MICHAEL W. FITZGERALD
United States District Judge